# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peggy A. Johnston, Administratrix                 Civil No. 11-1969 (RHK/FLN)
of the Estate of George R. Johnston,

                    Plaintiff,                    **DISQUALIFICATION AND**
                                                  **ORDER FOR REASSIGNMENT**

vs.

SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline,

                    Defendant.


        The above-entitled matter has been assigned to the undersigned, a Judge

of the above Court.  Pursuant to Title 28, United States Code § 455, the

undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of

Cases Order dated December 19, 2008, the above-captioned action shall be

resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in

the above-captioned case.

Dated:  July 20, 2011


                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge